UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                              )
MARK ROLFSEMA,                )
          Petitioner,         )
                              )
     v.                       ) CIVIL ACTION NO. 07-11622-PBS
                              )
UNITED STATES OF AMERICA,     )
          Respondent.         )
                              )
```

**DENIAL OF**
**<u>CERTIFICATE OF APPEALABILITY</u>**

May 21, 2008

Saris, U.S.D.J.

    Pursuant to 28 U.S.C. § 2253(c)(3), I deny the request for a certificate of appealability because the applicant has made no substantial showing of the denial of a constitutional right.

S/PATTI B. SARIS<br>
United States District Judge